# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GAIL F. NIX,

    Plaintiff,

v.                                CASE NO. 4:07cv353-RH/WCS

PERRY HEALTH CARE
ASSOCIATES, L.L.C.,
etc.,

    Defendant.

_____/

## ORDER CONTINUING TRIAL TO OCTOBER 6, 2008 AND SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE

For the reasons set forth on the record of the pretrial conferences of April 15 and 23, 2008,

IT IS ORDERED:

1. The plaintiff's motions for an order striking pleadings or to continue trial (documents 46 and 59) are GRANTED IN PART and DENIED IN PART.

2.    The defendant's pleadings are not struck.

3.    The trial is continued to the two-week trial period commencing Monday, October 6, 2008.

4.	The plaintiff is given leave to conduct additional depositions if the need or desirability of conducting the deposition became apparent as a direct or indirect result of defendant's document production.

4.  The deadline for the plaintiff's response to the defendant's summary judgment motion (document 44) is extended to July 1, 2008.

5.  The defendant may file a reply in support of its summary judgment motion by July 15, 2008.

6.  By separate notice, the clerk shall set a hearing on defendant's motion for summary judgment, and all other motions then pending, for Thursday, July 24, 2008, at 12:45 p.m.

SO ORDERED this 4th day of May, 2008.

s/Robert L. Hinkle  
Chief United States District Judge
